1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

PACIFIC MARKET INTERNATIONAL,
LLC, a Washington limited liability company;
and PMI WW BRANDS, LLC, a foreign
limited liability company,

Plaintiffs,

v.

JORGE CALUGAS and ADA CALUGAS,

Defendants.

CASE NO.

**COMPLAINT**

15 U.S.C. § 1114(a) and 15 U.S.C. §
1125(a)(1)(B)

## I.    PARTIES

1.    Plaintiff Pacific Market International, LLC ("Pacific Market"), is a Washington limited liability company.

2.    Plaintiff PMI WW Brands, LLC ("PMI") is a foreign limited liability company with its principal place of business in Delaware.

3.    Upon information and belief, Defendant Jorge Calugas is a resident of Washington.

4.    Upon information and belief, Defendant Ada Calugas is a resident of Washington.

## II.    VENUE AND JURISDICTION

1.    The U.S. District Court for the Western District of Washington has subject matter

COMPLAINT - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4903-1877-6193.1

1    jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1338(a), (b),  this being

2    an action for infringement of a federally registered trademark under the Lanham Act, 15 U.S.C.

3    §§ 1051 *et seq.*; and pursuant to 28 U.S.C. § 1331, this being a civil action arising under the laws

4    of the United States; and pursuant to the principles of supplemental jurisdiction under 28 U.S.C. §

5    1367(a), because the claims arising under the laws of the state of Washington and any other states

6    are so related to the federal claims alleged herein that they form part of the same case or

7    controversy under Article III of the United States Constitution. U.S. Const. art. III, cl. 2.

8        2.    Venue is proper in this District pursuant to 28 U.S.C. §1391(b) as a substantial part

9    of the events giving rise to the claim occurred in King County, Washington.

10                          **III.    FACTS**

11   **A.    Plaintiffs' Products and Trademarks**

12       3.    PMI is a leading designer, manufacturer, and marketer of food and beverage

13   containers in the United States and throughout the world.

14       4.    PMI is also the owner of the Stanley® trademarks.

15       5.    PMI and WW Brands share a parent company.  WW Brands manufactures,

16   produces, markets, and sells Stanley® and Stanley 1913™ branded products.  These products

17   include a wide range of drinkware, including barware, vacuum-insulated reusable water bottles,

18   vacuum-insulated mugs for use with coffee and other hot beverages, camping cookware and gear,

19   insulated portable coolers and backpacks, among other products.

20       6.    The Stanley® trademark has been in continuous use by PMI and its predecessors-

21   in-interest for various goods since March 20, 1923.

22       7.    One of the most well-known products is the Stanley® Quencher®, a large vacuum-

23   insulated, lidded beverage tumbler featuring a large handle that is produced in a wide array of eye-

24   catching colors and styles.

25

COMPLAINT - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4903-1877-6193.1

8.      Every authorized Quencher® bears the Stanley® trademark, and this trademark has become well-known among consumers as designations of the Quencher® product and of the Stanley® brand as the source of the Quencher®.

9.      PMI owns several active and subsisting federal trademark registrations on the principal register of the United States Patent & Trademark Office ("USPTO") for trademarks used as early as March 20, 1923, in connection with its vacuum-insulated drinkware products, including the Quencher®.

10.     For example, PMI owns U.S. Trademark Reg. No. 643096 (the "'096 Registration") for the standard character mark STANLEY for use in International Class ("Class") 21 in connection with goods relevant to this Complaint. The '096 Registration issued on March 26, 1957, and claims a date of first use on March 20, 1923, and identifies its use is on goods described as "insulated containers – namely, insulated bottles, jugs, servers and pitchers." A copy of the certificate of registration, status record, and chain of title for the '096 Registration from the USPTO website is attached as **Exhibit A**.

11.     PMI also owns U.S. Trademark Reg. No. 4640026 (the "'026 Registration") for the standard character mark STANLEY for use in Class 21 in connection with goods relevant to this Complaint. The '026 Registration issued on November 18, 2014, and claims a date of first use of March 20, 1923, and identifies its use is on goods described as "vacuum bottles, mugs and jars for food or beverage; insulated [and non-insulated] food jars, flasks, mugs, cups, water bottles sold empty portable household containers for storing and transporting food and beverages, carrying cases specifically adapted for transporting vacuum bottles, mugs and jars, insulated and non-insulated food jars, flasks, mugs, cups, and water bottles sold empty." A copy of the certificate of registration, status record, and chain of title for the '026 Registration from the USPTO website is attached as **Exhibit B**.

COMPLAINT - 3

12.     PMI also owns U.S. Trademark Reg. No. 6158569 (the "'569 Registration") for the character and design composite mark:



For use in Class 21 in connection with goods relevant to this Complaint. The '569 Registration issued on September 22, 2020, and claims a date of first use of November 1, 2018, and identifies its use is on goods described as "insulated containers for food or beverages; cups and mugs; vacuum bottles; vacuum cups; vacuum mugs; non-electric portable coolers; jugs; growlers; flasks; food preserving jars of stainless steel; drinking steins; tumblers for use as drinking glasses; non-electric French presses; coffee pots not of precious metal; canteens; cookware, namely, pots and pans". A copy of the certificate of registration, status record, and chain of title for the '569 Registration from the USPTO website is attached as **Exhibit C**.

13.     PMI also owns the incontestable U.S. Trademark Reg. No. 5846339 (the "'339 Registration") for the design mark



For use in Class 21 in connection with goods relevant to this Complaint. The '339 Registration issued on August 27, 2019, and claims a date of first use of November 1, 2018, and identifies its use is on goods described as "insulated containers for food or beverages; cups and mugs; vacuum bottles; vacuum cups; vacuum mugs; vacuum bowls; non-electric portable coolers; jugs; growlers; flasks; food preserving jars of stainless steel; drinking steins; tumblers for use as drinking glasses;

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

non-electric French presses; coffee pots not of precious metal; cookware, namely, pots and pans." A copy of the certificate of registration, status record, and chain of title for the '339 Registration from the USPTO website is attached as **Exhibit D**.

14. PMI also owns U.S. Trademark Reg. No. 7405350 (the "'350 Registration") for the standard character mark QUENCHER for use in Class 21 in connection with goods relevant to this Complaint. The '350 Registration issued on June 4, 2024, and claims a date of first use of September 2016, and identifies its use is on goods described as "insulated stainless steel water bottles sold empty." A copy of the certificate of registration, status record, and chain of title for the '350 Registration from the USPTO website is attached as **Exhibit E**.

15. PMI also owns all common law rights to the registered trademarks identified in paragraphs 10 through 14 arising from and subsisting by virtue of PMI's and/or its predecessors' continuous and substantially exclusive use of the marks on goods relevant to this Complaint prior to their respective registration dates. The registered trademarks and the associated common-law trademarks are collectively referred to as "PMI's Marks".

**B.    PMI's Quality Control, Cross-Branding Efforts and Prototypes.**

16. PMI implements quality control processes and procedures to inspect its products for manufacturing defects and/or quality issues. Stanley® and/or Quencher® products that do not meet PMI's quality standards are removed from circulation and are instead designated for destruction. Non-genuine products include quality control failures, defects, preproduction samples, and other such products, none of which are intended for sale or distribution bearing the PMI Marks or otherwise. Non-genuine products designated for destruction are separated from genuine products and shipped to a vendor tasked with destroying them.

17. Additionally, Plaintiffs produce limited test runs of prototype products when developing new products. When some of these prototypes are not selected for mass production and marketing, Plaintiffs designate the prototype products for destruction.

COMPLAINT - 5

1       18.    The sudden fame of the Stanley® Quencher® further led to other brands engaging Plaintiffs to collaborate on custom designs for cross-branded Stanley® merchandise, including cross-branded Quenchers®. Such cross-branding efforts included a limited-edition Valentine's Day-themed Starbucks Stanley® Quencher® sold exclusively at Target stores in December 2023, and a limited-edition Sunset Gradient Starbucks Stanley® Quencher® in May 2024.

19.    Plaintiffs often produce limited test runs of prototype cross-branded products for demonstration and evaluation both internally and with its branding partners. When these cross-branded prototypes are not selected for mass production and marketing, Plaintiffs designate them for destruction. For purposes of this Complaint, the products designated for destruction and described in paragraphs 25 and 19 are referred to as the "Non-genuine Products".

20.    To ensure that the Non-genuine Products were destroyed, WW Brands contracted with Pacific Iron & Metal Co., a Washington corporation whose principal place of business—on information and belief—is at 2230 4th Avenue South, Seattle, Washington ("Pacific Iron").

21.    Under WW Brands' arrangement with Pacific Iron, WW Brands would ship or deliver Non-genuine Products to a processing facility designated by Pacific Iron, where Pacific Iron was obligated to, and expected to, destroy the Non-genuine Products.

22.    At no time did either Plaintiff relinquish title to the Non-genuine Products. Rather, under the arrangement with Pacific Iron, WW Brands entrusted the Non-genuine Products to Pacific Iron for the express sole purpose of destroying them.

**C.    Defendants Misappropriate and Sell Non-genuine Products.**

23.    Defendant Jorge Calugas was an employee of Pacific Iron at the times relevant to this Complaint.

24.    Defendant Ada Calugas is and was Jorge Calugas' spouse and/or cohabitates and cohabitated with Jorge Calugas at the times relevant to this Complaint.

COMPLAINT - 6

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4903-1877-6193.1

25.     Defendant Ada Calugas owns, operates, and/or otherwise controls, and at relevant times owned, operated, and/or controlled online storefronts, including one on the website Poshmark under the handle @_adalux_ (the "Adalux Storefront"). The direct link to the Adalux Storefront is https://poshmark.com/closet/_adalux_. A screenshot of the Adalux Storefront page banner is attached as **Exhibit F**.

26.     The banner caption on the Adalux Storefont advertises "ALL my items are 💯 authentic!" *See* **Exhibit F**.

27.     On information and belief, Defendant Jorge Calugas obtained unauthorized possession of Non-genuine Products through his employment at Pacific Iron and, rather than destroying the Non-genuine Products pursuant to WW Brands' arrangement with Pacific Iron, he removed them from Pacific Iron's premises to his home or other locations unknown to Plaintiffs.

28.     On information and belief, Defendant Jorge Calugas provided Defendant Ada Calugas with, and Ada Calugas obtained from Jorge Calugas, Non-genuine Products that Jorge Calugas removed from Pacific Iron.

29.     At times relevant to this Complaint, Non-genuine Products bearing PMI's Marks appeared on and were offered for sale and sold from the Adalux Storefront, where they were advertised as "💯 authentic!"

30.     The representation that products offered for sale on the Adalux Storefront were "💯 authentic!" is intended to convey to consumers, and likely to be perceived by consumers, as a representation that the products are completely authentic or genuine.

31.     The statement that the Non-genuine Products were or are "💯 authentic!" is a literally false statement about an inherent characteristic or quality of the Non-genuine Products, namely, that they are genuine products authorized for sale by one or both Plaintiffs.

32.     The false statement that the Non-genuine Products are "💯 authentic!" is likely to influence consumers' decision to purchase the Non-genuine Products from the Adalux Storefront.

COMPLAINT - 7

33.    Defendant Ada Calugas offered for sale, sold, and shipped Non-genuine Products bearing PMI's Marks to consumers in and outside the state of Washington.

34.    Neither Plaintiff has ever authorized Pacific Iron, Jorge Calugas, or Ada Calugas to sell Non-genuine Products or use, reproduce, or display PMI's Marks on or in connection with the sale of any product, including the Non-genuine Products.

35.    As an employee of Pacific Iron, on information and belief, Defendant Jorge Calugas knew or should have known that Pacific Iron had an arrangement with WW Brands pursuant to which Pacific Iron was obligated to destroy Non-genuine Products.

36.    By removing the Non-genuine Products from Pacific Iron without authorization, Defendant Jorge Calugas caused the Non-genuine Products not to be destroyed by Pacific Iron in breach of its arrangement with WW Brands.

37.    On information and belief, Defendant Ada Calugas knew or should have known that Pacific Iron had an agreement with WW Brands pursuant to which Pacific Iron was obligated to destroy Non-genuine Products.

38.    On information and belief, Defendant Ada Calugas knew or should have known that the Non-genuine Products provided to her by Jorge Calugas were intended for destruction by Pacific Iron pursuant to its agreement with WW Brands.

39.    By selling, offering for sale, and shipping Non-genuine Products, Defendant Ada Calugas caused the Non-genuine Products not to be destroyed by Pacific Iron in breach of its agreement with WW Brands.

40.    Defendants have already sold one or more Non-genuine Products to consumers. The Non-genuine Products may include products that have failed PMI's quality control standards and/or are defective products and, as such, may be unsafe for human use. Plaintiffs have no way of identifying or contacting the buyers of the Non-genuine Products to secure the return and destruction of the Non-genuine Products. Money damages alone are insufficient to compensate

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

Plaintiffs for the considerable harm caused by Defendants' unauthorized sale and circulation of the Non-genuine Products.

## COUNT I

**Federal Trademark Infringement and Counterfeiting—15 U.S.C. § 1117**

41.    Plaintiffs reallege and reincorporate the preceding paragraphs.

42.    PMI's Marks are valid and subsisting federally registered trademarks.

43.    PMI owns PMI's Marks and is the record owner of the registrations thereof.

44.    PMI obtained rights in PMI's Marks, and the federal registrations for PMI's Marks issued before any action by Defendants complained of herein occurred.

45.    Defendants sold, offered for sale, and transported in interstate commerce, and/or induced and/or materially contributed to the sale, offering for sale, and transport in interstate commerce of unauthorized Non-genuine Products bearing PMI's Marks.

46.    Defendants also reproduced and displayed one or more of PMI's Marks on the Adalux Storefront in connection with the sale, offering for sale, and transport in interstate commerce of the unauthorized Non-genuine Products, representing, contrary to fact, that the Non-genuine Products were "💯 authentic!"

47.    Neither Plaintiff has ever authorized or given permission to either Defendant to use, reproduce, or display PMI's Marks in any capacity.

48.    Defendants' unauthorized sale and offering for sale and shipping of Non-genuine Products and unauthorized use and display of PMI's Marks in connection with such unauthorized use is likely to cause consumers to believe, contrary to fact, that the Non-genuine Products are authorized or approved by Plaintiffs.

49.    The Non-genuine Products are products that failed Plaintiffs' quality controls, may be defective, or were otherwise unauthorized by either Plaintiff for sale. Defendants' unauthorized misappropriation and sale of Non-genuine Products bearing PMI's Marks, and Defendants'

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4903-1877-6193.1

unauthorized use of PMI's Marks on and in connection with the sale and offering for sale of Non-genuine Products, strip Plaintiffs of their ability to control the quality of the goods marketed under PMI's Marks. Defendants' actions are causing and—if not enjoined by this Court—will continue to cause serious and irreparable harm to Plaintiffs' commercial reputation and goodwill among their customers.

50.    The unauthorized trademarks used by Defendants are counterfeits of PMI's Marks, which are registered on the principal register of the USPTO for the goods specified in their respective registrations. The unauthorized trademarks used by Defendants are therefore counterfeit marks as that term is defined in 15 U.S.C. § 1116(d).

51.    On information and belief, Defendants' use of the counterfeit marks was committed willfully.

52.    Plaintiffs are entitled to, among other things, injunctive relief (15 U.S.C. § 1116(a)), seizure of counterfeit goods and marks, and records documenting the sale and receipt thereof (15 U.S.C. § 1116(d)(1)(A)), Plaintiffs' damages and/or Defendants' profits, treble damages for use of counterfeit marks or, at Plaintiffs' election, statutory damages of up to $2,000,000 but not less than $1,000 for each counterfeit mark per type of unauthorized goods sold, attorneys' fees, costs, and pre- and post-judgement interest (15 U.S.C. § 1117(a)-(c)); impoundment and destruction of the infringing goods (15 U.S.C. § 1118).

## COUNT II

### Federal False Advertising—15 U.S.C. § 1125(a)(1)(B)

### (against Ada Calugas)

53.    Plaintiffs reincorporate and reallege the preceding paragraphs.

54.    On information and belief, Defendant Ada Calugas at relevant times owned, operated, and or controlled the Adalux Storefront.

COMPLAINT - 10

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4903-1877-6193.1

55.     The Adalux Storefront prominently displays a statement that "ALL my items are 💯 authentic!"

56.     The statement represents and, on information and belief, consumers are likely to perceive that the statement represents that the products sold and offered for sale through the Adalux Storefront are authorized and/or genuine products emanating from the sources identified by the trademarks they bear.

57.     The Non-genuine Products were sold and offered for sale through the Adalux Storefront.

58.     The Non-genuine Products are not authorized for sale by either Plaintiff. As such, they are not "authentic," "authorized," or "genuine".

59.     Accordingly, the statement that the Non-genuine Products are "💯 authentic!" is a literally false misrepresentation concerning the nature, characteristics, or qualities of the Non-genuine Products.

60.     On information and belief, Defendant Ada Calugas' false statement that the Non-genuine Products are "💯 authentic!" is likely to influence consumers' decision to purchase Non-genuine Products from the Adalux Storefront.

61.     Defendant Ada Calugas is therefore liable for false advertising under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

62.     Plaintiffs are therefore entitled to, among other things, Plaintiffs' damages attributable to Defendant Ada Calugas' false statement (including corrective advertising), treble damages, attorneys' fees, costs, and pre- and post-judgment interest (15 U.S.C. §§ 1125(c)(5), 1117(a)).

63.     Plaintiffs are further entitled to injunctive relief (15 U.S.C. §§ 1125(c)(1), 1116) commanding Defendant Ada Calugas to modify any statements made on the Adalux Storefront to

COMPLAINT - 11

the extent necessary to eliminate the likelihood that consumers will attribute or associate any false or misleading statement thereon with the Non-genuine Products and with any of Plaintiffs' goods.

## COUNT III

### (against Ada Calugas)

### Unfair Competition, Deceptive Business Practices—Wash. Rev. Code Ann. § 19.86.020

64. Plaintiffs reincorporate and reallege the preceding paragraphs.

65. Through her Adalux Storefront, Defendant Ada Calugas was and is engaged in "trade" and "commerce" as that term is defined in Wash. Rev. Code Ann. § 19.86.010.

66. The products sold through the Adalux Storefront were and are advertised as being "💯 authentic!"

67. As applied to the Non-genuine Products, this statement is false and deceptive, and was false and deceptive at all relevant times. Plaintiffs have not authorized the sale, offering for sale, distribution, or circulation of the Non-genuine Products and, in fact, have designated such products for destruction. Accordingly, the Non-genuine Products are not and were not "authentic products", as they are not sold under the authority or with the permission of Plaintiffs.

68. Defendant Ada Calugas' false and deceptive advertisement of the Non-genuine Products as being "💯 authentic!" therefore constitutes unfair competition and deceptive business practices as defined in Wash. Stat. Code Ann. § 19.86.020.

69. Plaintiffs are therefore entitled to injunctive relief and such damages as are proven at trial.

## COUNT IV

### Conversion—Washington State Common Law

70. Plaintiffs reincorporate and reallege the preceding paragraphs.

71. WW Brands is the title owner of the Non-genuine Products that it entrusted to Pacific Iron for destruction pursuant to those parties' agreements.

COMPLAINT - 12

72.     At no time did WW Brands relinquish title to the Non-genuine Products, and WW Brands could have demanded repossession of the Non-genuine Products from Pacific Iron at any time prior to their destruction.

73.     On information and belief, Defendant Jorge Calugas unlawfully interfered with WW Brands' right to possess the Non-genuine Products by removing them from Pacific Iron's premises, and selling them, causing them to be sold, and/or disposing of them to Defendant Ada Calugas, knowing they would be sold to third parties, thereby exercising dominion over them in a manner inconsistent with WW Brands' right to possess the Non-genuine Products.

74.     On information and belief, Defendant Ada Calugas unlawfully interfered with WW Brands' right to possess the Non-genuine Products by selling them to third parties, thereby exercising dominion over them in a manner inconsistent with WW Brands' right to possess the non-genuine products.

75.     WW Brands has suffered irreparable injury as a result of Defendants' conversion of the Non-genuine Products, namely, that defective Non-genuine Products may now be in circulation and in possession of unknown third parties.

76.     Plaintiff is therefore entitled to preliminary and permanent injunctive relief and to demand that Defendants immediately and unconditionally return the Non-genuine Products at their sole expense.

77.     Alternatively, to the extent injunctive relief is not granted, Plaintiff is entitled to damages in an amount to be determined at trial.

## COUNT V

### Tortious Interference with A Contract—Washington State Common Law

78.     Plaintiffs reincorporate and reallege the preceding paragraphs.

COMPLAINT - 13

1    79.    A valid contractual relationship existed between WW Brands and Pacific Iron

2 pursuant to which WW Brands entrusted Pacific Iron with Non-genuine Products and pursuant to

3 which Pacific Iron was obligated to destroy the Non-genuine Products.

4    80.    On information and belief, Defendant Jorge Calugas, being an employee of Pacific

5 Iron, and Defendant Ada Calugas, being Jorge Calugas's spouse, knew that Pacific Iron had an

6 arrangement with WW Brands that required destruction of the Non-genuine Products.

7    81.    Defendant Jorge Calugas' unauthorized removal of Non-genuine Products from

8 Pacific Iron, and Defendant Ada Calugas' sale, offering for sale, and/or shipping of Non-genuine

9 Products, caused the Non-genuine Products not to be destroyed in breach of Pacific Iron's

10 obligation under its agreement with WW Brands.

11    82.    Defendants' actions causing Pacific Iron's breach were committed with an

12 improper purpose and by improper means, and without justification.

13    83.    Pacific Iron's breach, caused by Defendants, has resulted in damages to Plaintiffs

14 and Plaintiffs' business reputation in an amount to be determined at trial.

15                                    **COUNT VI**

16                **Unjust Enrichment—Washington State Common Law**

17    84.    Plaintiffs reincorporate and reallege the preceding paragraphs.

18    85.    Through the sale of the Non-genuine Products through the Adalux Storefront,

19 Defendants have obtained a benefit, namely, the proceeds of such sales.

20    86.    Plaintiffs conferred such benefit on Defendants at Plaintiffs' expense.

21    87.    Defendants' benefit was obtained without Plaintiffs' knowledge or consent.

22    88.    Under the circumstances, it would be unjust to permit Defendants to retain the

23 benefit.

24

25

COMPLAINT - 14

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4903-1877-6193.1

89.     Accordingly, Defendants have been unjustly enriched at Plaintiffs' expense, and Plaintiffs are entitled to restitution of the value of Defendants' unjustly obtained benefit in an amount to be determined at trial.

## PRAYER FOR RELIEF

Plaintiffs respectfully seek relief from Defendants' conduct as follows:

A.     finding that Defendants are liable for federal trademark infringement, unfair competition, and deceptive business practices under Washington state law; conversion, tortious interference with a contract, and unjust enrichment under Washington common law.

B.     injunctive relief in the form of an order commanding Defendants and anyone in active concert with them to:

(i)     immediately and permanently cease all infringing conduct, including all use, reproduction, and/or display of PMI's Marks or any colorable imitation thereof;

(ii)     cease all sales of Non-genuine Products and any other product or good bearing or sold or offered for sale in connection with PMI's Marks or any colorable imitation thereof;

(iii)     immediately amend or modify the Adalux Storefront to the extent necessary to eliminate the likelihood that consumers will attribute or associate any false or misleading statement thereon with the Non-genuine Products and with any of Plaintiffs' goods;

(iv)     deliver up to Plaintiffs or the Court all Non-genuine Products and any other infringing goods and marks in their possession for impoundment and destruction;

(v)     recall or otherwise cause the return of Non-genuine Products and any other infringing goods from any third parties to whom Defendants have sold or distributed Non-genuine Products;

(vi)     all of the above to be performed at Defendants' sole cost and expense;

C.     Defendants' profits in an amount to be determined at trial;

COMPLAINT - 15

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4903-1877-6193.1

1    D.    Award Plaintiffs an additional award of up to three times the amount of damages

2    and/or profits awarded pursuant to paragraph C for Defendants' use of counterfeit trademarks; or,

3    alternatively, award Plaintiffs maximum statutory damages of $2,000,000 per counterfeit mark per

4    type of good sold, for a total statutory damages award of not less than $10,000,000;

5    E.    Award Plaintiffs restitution in an amount equal to any benefit unjustly obtained by

6    Defendants in an amount to be determined at trial;

7    F.    Grant Plaintiffs such other relief as the Court deems just and proper.

8                               **JURY TRIAL DEMANDED**

9    Plaintiffs demand a jury trial on all issues so triable.

10    DATED this 12th day of December, 2025.

11                                              s/Thomas A. Ped

12                                              Thomas A. Ped, WSBA # 40232

13                                              **WILLIAMS, KASTNER & GIBBS PLLC**
                                                601 Union Street, Suite 4000
14                                              Seattle, WA 98101-2380
                                                Telephone:  (206) 628-6600
15                                              Fax:  (206) 628-6611
                                                Email: tped@williamskastner.com
16

17                                              *s/Jennifer M. Barbour*
                                                Jennifer M. Barbour (Pro hac pending)
18                                              *s/Jason H. Raff*
                                                Jason H. Raff (Pro hac pending)
19                                              **GRAY ICE HIGDON, PLLC**
                                                3939 Shelbyville Road, Suite 201
20                                              Louisville, Kentucky 40207
                                                Telephone:  (502) 677-4729
21                                              jbarbour@grayice.com
                                                jraff@grayice.com
22

23                                              *Attorneys for Plaintiffs*

24

25

COMPLAINT - 16

# EXHIBIT A

**Generated on:** This page was generated by TSDR on 2025-12-12 13:58:07 EST

**Mark:** STANLEY

**STANLEY**

| | |
|---|---|
| **US Serial Number:** 72011088 | **Application Filing Date:** Jun. 27, 1956 |
| **US Registration Number:** 643096 | **Registration Date:** Mar. 26, 1957 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jun. 29, 2016

## Mark Information

**Mark Literal Elements:** STANLEY

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** INSULATED CONTAINERS-NAMELY, INSULATED BOTTLES, JUGS, SERVERS, AND PITCHERS

| | |
|---|---|
| **International Class(es):** 021 | **U.S Class(es):** 002 - Primary Class |
| **Class Status:** ACTIVE | |
| **First Use:** Mar. 20, 1923 | **Use in Commerce:** Mar. 20, 1923 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** PACIFIC MARKET INTERNATIONAL, LLC

**Owner Address:** 2401 ELLIOTT AVENUE
4TH FLOOR
SEATTLE, WASHINGTON UNITED STATES 98121

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** The data cannot be loaded

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | ROBERT P. FELBER, JR. | **Docket Number:** | 013436.57047 |
| **Attorney Primary Email Address:** | robert.felber@wallerlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

**Correspondent Name/Address:** ROBERT P. FELBER, JR.
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street
Suite 2700
NASHVILLE, TENNESSEE UNITED STATES 37219

| | | | |
|---|---|---|---|
| **Phone:** | 615-850-8741 | **Fax:** | 615-244-6804 |
| **Correspondent e-mail:** | trademarkdocket@wallerlaw.com robert.felber@wallerlaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 29, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 29, 2016 | REGISTERED AND RENEWED (FOURTH RENEWAL - 10 YRS) | |
| Jun. 29, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jun. 29, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Apr. 11, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 23, 2016 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jun. 27, 2011 | CASE FILE IN TICRS | |
| Jun. 23, 2011 | CASE FILE IN TICRS | |
| Aug. 04, 2006 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | |
| Aug. 04, 2006 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jul. 28, 2006 | ASSIGNED TO PARALEGAL | |
| May 04, 2006 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| May 04, 2006 | PAPER RECEIVED | |
| Jan. 15, 1999 | REGISTERED - SEC. 15 ACKNOWLEDGED | |
| Sep. 18, 1998 | REGISTERED - SEC. 15 AFFIDAVIT FILED | |
| Jun. 12, 1997 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Mar. 28, 1997 | AMENDMENT UNDER SECTION 7 - PROCESSED | |
| Feb. 07, 1997 | SEC 7 REQUEST FILED | |
| Feb. 07, 1997 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Mar. 26, 1977 | REGISTERED AND RENEWED (FIRST RENEWAL - 20 YRS) | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Jun. 29, 2016 |

# Assignment Abstract Of Title Information

### Summary

| | | | |
|---|---|---|---|
| **Total Assignments:** | 16 | **Registrant:** | LANDERS, FRARY & CLARK |

### Assignment 1 of 16

| | | | |
|---|---|---|---|
| **Conveyance:** | RELEASE OF SECURITY INTEREST | | |
| **Reel/Frame:** | 7874/0234 | **Pages:** | 6 |
| **Date Recorded:** | Oct. 20, 2022 | | |

| | |
|---|---|
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7874/0234 |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT | Execution Date: | Aug. 31, 2021 |
| Legal Entity Type: | NATIONAL BANKING ASSOCIATION | State or Country Where Organized: | UNITED STATES |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | PACIFIC MARKET INTERNATIONAL LLC | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | WASHINGTON |
| Address: | 2401 ELLIOTT AVENUE, 4TH FLOOR SEATTLE , WASHINGTON 98121 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | ANDREW S. FRAKER |
| Correspondent Address: | 2 NORTH LASALLE STREET, SUITE 1700 NEAL, GERBER & EISENBERG LLP CHICAGO, IL 60602 |

**Domestic Representative - Not Found**

## Assignment 2 of 16

| | | | |
|---|---|---|---|
| Conveyance: | NOTICE OF GRANT OF SECURITY INTEREST IN TRADEMARKS | | |
| Reel/Frame: | 5748/0406 | Pages: | 8 |
| Date Recorded: | Mar. 09, 2016 | | |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/5748/0406 | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | PACIFIC MARKET INTERNATIONAL, LLC | Execution Date: | Mar. 09, 2016 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | WASHINGTON |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT | | |
| Legal Entity Type: | NATIONAL BANKING ASSOCIATION | State or Country Where Organized: | UNITED STATES |
| Address: | 136 S. LASALLE STREET CHICAGO , ILLINOIS 60603 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | MOORE & VAN ALLEN PLLC |
| Correspondent Address: | 3015 CARRINGTON MILL BOULEVARD SUITE 400 MORRISVILLE, NC 27560 |

**Domestic Representative - Not Found**

## Assignment 3 of 16

| | | | |
|---|---|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST | | |
| Reel/Frame: | 3219/0732 | Pages: | 6 |
| Date Recorded: | Jan. 03, 2006 | | |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3219/0732 | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | ALADDIN INDUSTRIES, LLC | Execution Date: | Aug. 01, 2005 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | No Place of Organization Found |
| DBA, AKA, TA, Formerly: | FORMERLY ALADDIN INDUSTRIES, INC. | | |

**Assignee**

| | |
|---|---|
| **Name:** | PACIFIC MARKET INTERNATIONAL, LLC |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country Where Organized:** No Place of Organization Found

**Address:** 2401 ELLIOTT AVENUE
SEATTLE , WASHINGTON 98121

### Correspondent

**Correspondent Name:** ROBERT P. FELBER, JR.

**Correspondent Address:** 511 UNION STREET
SUITE 2700
NASHVILLE, TN 37219

### Domestic Representative - Not Found

## Assignment 4 of 16

**Conveyance:** TERMINATION AND RELEASE OF PATENT AND TRADEMARK SECURITY AGREEMENT

**Reel/Frame:** 3112/0335    **Pages:** 9

**Date Recorded:** Jun. 28, 2005

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3112/0335

### Assignor

**Name:** PACIFIC MARKET INTERNATIONAL, LLC    **Execution Date:** Jun. 22, 2005

**Legal Entity Type:** LIMITED LIABILITY COMPANY    **State or Country Where Organized:** WASHINGTON

**Name:** WELLS FARGO BUSINESS CREDIT, INC.    **Execution Date:** Jun. 22, 2005

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** MINNESOTA

### Assignee

**Name:** PACIFIC MARKET INTERNATIONAL, LLC

**Legal Entity Type:** LIMITED LIABILITY COMPANY    **State or Country Where Organized:** WASHINGTON

**Address:** 2125 WESTERN AVE.
SEATTLE , WASHINGTON 98121

### Correspondent

**Correspondent Name:** LINDA M. ZIMMERMANN

**Correspondent Address:** 170 SOUTH MAIN STREET, #900
SALT LAKE CITY, UT 84101

### Domestic Representative - Not Found

## Assignment 5 of 16

**Conveyance:** TERMINATION AND RELEASE OF PATENT AND TRADEMARK SECURITY AGREEMENT

**Reel/Frame:** 3107/0517    **Pages:** 10

**Date Recorded:** Jun. 20, 2005

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3107/0517

### Assignor

**Name:** PACIFIC MARKET, INC. D/B/A PACIFIC MARKET INTERNATIONAL    **Execution Date:** Jun. 13, 2005

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** No Place of Organization Found

**Name:** WELLS FARGO BUSINESS CREDIT, INC.    **Execution Date:** Jun. 13, 2005

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** No Place of Organization Found

### Assignee

**Name:** PACIFIC MARKET, INC. D/B/A PACIFIC MARKET INTERNATIONAL

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** No Place of Organization Found

|  |  | Where Organized: |  |
|---|---|---|---|
| **Address:** | 170 SOUTH MAIN STREET, #900<br>SALT LAKE CITY , UTAH 84101 |  |  |

| Correspondent |
|---|
| **Correspondent Name:** | LINDA M. ZIMMERMANN |
| **Correspondent Address:** | 170 SOUTH MAIN STREET, #900<br>SALT LAKE CITY, UT 84101 |

| Domestic Representative - Not Found |
|---|

### Assignment 6 of 16

| **Conveyance:** | SECURITY AGREEMENT |  |  |
|---|---|---|---|
| **Reel/Frame:** | 2741/0176 | **Pages:** | 14 |
| **Date Recorded:** | Nov. 03, 2003 |  |  |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/2741/0176 |  |  |

| Assignor |
|---|
| **Name:** | PACIFIC MARKET INTERNATIONAL LLC | **Execution Date:** | Oct. 21, 2003 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place of Organization Found |

| Assignee |
|---|
| **Name:** | WELLS FARGO BUSINESS CREDIT, INC. | **State or Country Where Organized:** | MINNESOTA |
| **Legal Entity Type:** | CORPORATION |  |  |
| **Address:** | 1300 S.W. FIFTH AVENUE, 14TH FLOOR<br>PORTLAND , OREGON 97201 |  |  |

| Correspondent |
|---|
| **Correspondent Name:** | JULIE ZAMAGNI |
| **Correspondent Address:** | 370 17TH STREET, SUITE 4700<br>REPUBLIC PLAZA<br>DENVER, CO 80202-5647 |

| Domestic Representative - Not Found |
|---|

### Assignment 7 of 16

| **Conveyance:** | SECURITY INTEREST |  |  |
|---|---|---|---|
| **Reel/Frame:** | 2547/0474 | **Pages:** | 14 |
| **Date Recorded:** | Jul. 08, 2002 |  |  |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/2547/0474 |  |  |

| Assignor |
|---|
| **Name:** | PACIFIC MARKET, INC. | **Execution Date:** | Jun. 27, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | WASHINGTON |

| Assignee |
|---|
| **Name:** | WELLS FARGO BUSINESS CREDIT, INC. | **State or Country Where Organized:** | MINNESOTA |
| **Legal Entity Type:** | CORPORATION |  |  |
| **Address:** | MAC P6101-144<br>PORTLAND , OREGON 97201 |  |  |

| Correspondent |
|---|
| **Correspondent Name:** | DORSEY & WHITNEY LLP |
| **Correspondent Address:** | CAROLYN PETERS<br>170 SOUTH MAIN STREET, SUITE 900<br>SALT LAKE CITY, UT 84101 |

| Domestic Representative - Not Found |
|---|

## Assignment 8 of 16

| | | | |
|---|---|---|---|
| **Conveyance:** | MERGER | | |
| **Reel/Frame:** | 1856/0197 | **Pages:** | 6 |
| **Date Recorded:** | Feb. 17, 1999 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/1856/0197 | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | ALADDIN INDUSTRIES, INCORPORATED | **Execution Date:** | Jan. 15, 1999 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | ALADDIN INDUSTRIES, LLC | | |
| **Legal Entity Type:** | DELAWARE LIMITED LIABILILTY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Address:** | NASHVILLE , TENNESSEE 37210 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | TUKE YOPP & SWEENEY, PLC |
| **Correspondent Address:** | ROBERT P. FELBER, JR.<br>414 UNION STREET, SUITE 1100<br>NASHVILLE, TN 37219 |

### Domestic Representative - Not Found

## Assignment 9 of 16

| | | | |
|---|---|---|---|
| **Conveyance:** | MERGER | | |
| **Reel/Frame:** | 1917/0599 | **Pages:** | 3 |
| **Date Recorded:** | Jun. 18, 1999 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/1917/0599 | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | ALADDIN INDUSTRIES, LLC | **Execution Date:** | Jan. 15, 1998 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | TENNESSEE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | ALADDIN INDUSTRIES, LLC | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | TENNESSEE |
| **Address:** | NASHVILLE , TENNESSEE 37210 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | GREENBLUM & BERNSTEIN, P.L.C. |
| **Correspondent Address:** | STEPHEN M. ROYLANCE<br>1941 ROLAND CLARKE PLACE<br>RESTON, VA 20191 |

### Domestic Representative - Not Found

## Assignment 10 of 16

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY AGREEMENT RELEASE | | |
| **Reel/Frame:** | 1799/0177 | **Pages:** | 116 |
| **Date Recorded:** | Oct. 08, 1998 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/1799/0177 | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | HARRIS TRUST AND SAVINGS BANK | **Execution Date:** | Oct. 23, 1996 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | ILLINOIS |

| Assignee | | |
|---|---|---|
| **Name:** ALADDIN SALES & MARKETING, INC. | | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** NASHVILLE , TENNESSEE 37210 | | |

| Correspondent | | |
|---|---|---|
| **Correspondent Name:** GARDERE & WYNNE, L.L.P. | | |
| **Correspondent Address:** SANFORD E. WARREN, JR.<br>1601 ELM STREET<br>SUITE 3000<br>DALLAS, TX 75201-4761 | | |

**Domestic Representative - Not Found**

## Assignment 11 of 16

| | |
|---|---|
| **Conveyance:** | TRADEMARK COLLATERAL AGREEMENT |
| **Reel/Frame:** | 1588/0434 |
| **Date Recorded:** | Jan. 14, 1997 |
| **Supporting Documents:** | No Supporting Documents Available |

(**Pages:** 10)

| Assignor | | |
|---|---|---|
| **Name:** ALADDIN INDUSTRIES, INCORPORATED | **Execution Date:** | Oct. 23, 1996 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** | DELAWARE |

| Assignee | | |
|---|---|---|
| **Name:** HARRIS TRUST AND SAVINGS BANK | | |
| **Legal Entity Type:** ILLINOIS BANKING CORPORATION | **State or Country Where Organized:** | No Place of Organization Found |
| **Address:** P.O. BOX 755<br>CHICAGO , ILLINOIS 60690 | | |

| Correspondent | | |
|---|---|---|
| **Correspondent Name:** CHAPMAN AND CUTLER | | |
| **Correspondent Address:** NANCY ZARAZUA<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 | | |

**Domestic Representative - Not Found**

## Assignment 12 of 16

| | |
|---|---|
| **Conveyance:** | CORRECTIVE ASSIGNMENT TO CORRECT THE CORRECT ASSIGNEE NAME TO READ ALADDIN INDUSTRIES, INC. PREVIOUSLY RECORDED ON REEL 001799 FRAME 177. ASSIGNOR(S) HEREBY CONFIRMS THE RELEASE OF SECURITY AGREEMENT. |
| **Reel/Frame:** | 3001/0502 |
| **Date Recorded:** | Jan. 04, 2005 |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3001/0502 |

(**Pages:** 5)

| Assignor | | |
|---|---|---|
| **Name:** HARRIS TRUST AND SAVINGS BANK | **Execution Date:** | Oct. 23, 1996 |
| **Legal Entity Type:** BANKING CORPORATION | **State or Country Where Organized:** | ILLINOIS |

| Assignee | | |
|---|---|---|
| **Name:** ALADDIN INDUSTRIES, INC. | | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** 703 MURFREESBORO ROAD<br>NASHVILLE , TENNESSEE 37210 | | |

| Correspondent | | |
|---|---|---|

| | |
|---|---|
| **Correspondent Name:** | GARDERE WYNNE SEWELL/KAY LYN SCHWARTZ |
| **Correspondent Address:** | 1601 ELM STREET 3000 THANKSGIVING TOWER DALLAS, TX 75201-4761 |

**Domestic Representative - Not Found**

## Assignment 13 of 16

| | |
|---|---|
| **Conveyance:** | AS SECURITY FOR OBLIGATIONS RECITED ASSIGNOR HEREBY GRANTS A CONTINUING SECURITY INTEREST UNDER SAID MARK, SUBJECT TO AGREEMENT RECITED (SEE RECORD) |
| **Reel/Frame:** | 489/0075        **Pages:** 40 |
| **Date Recorded:** | Feb. 01, 1985 |
| **Supporting Documents:** | No Supporting Documents Available |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | ALADDIN INDUSTRIES,INCORPORATED | **Execution Date:** | Jan. 25, 1985 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | HARRIS TRUST AND SAVINGS BANK AS AGENT FOR THE BENEFIT OF ITSELF | | |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place of Organization Found |
| **Address:** | CHICAGO , ILLINOIS 60690 | | |

| | | | |
|---|---|---|---|
| **Name:** | PRUDENTIAL INSURANCE COMPANY OF AMERICA, THE | | |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place of Organization Found |
| **Address:** | NEWARK , NEW JERSEY | | |

| | | | |
|---|---|---|---|
| **Name:** | N.J. CROCKER NATIONAL BANK | | |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place of Organization Found |
| **Address:** | SAN FRANCISCO , CALIFORNIA | | |

| | | | |
|---|---|---|---|
| **Name:** | MANUFACTURERS HANOVER TRUST COMPANY | | |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place of Organization Found |
| **Address:** | NEW YORK , NEW YORK | | |

| | | | |
|---|---|---|---|
| **Name:** | MELLON BANK ,N.A. | | |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place of Organization Found |
| **Address:** | PITTSBURGH , PENNSYLVANIA | | |

| | | | |
|---|---|---|---|
| **Name:** | CANADIAN IMPERIAL BANK OF COMMERCE,ATLANTA AGENCY | | |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place of Organization Found |
| **Address:** | ATLANTA , GEORGIA | | |

| | | | |
|---|---|---|---|
| **Name:** | DEUTSCHE BANK AG,NEW YORK BRANCH | | |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place of Organization Found |
| **Address:** | NEW YORK , NEW YORK | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | CHAPMAN AND CUTLER |
| **Correspondent Address:** | 111 WEST MONROE ST. CHICAGO, IL 60603 |

**Domestic Representative - Not Found**

## Assignment 14 of 16

| | | | |
|---|---|---|---|
| **Conveyance:** | MERGER 19690428DE | | |
| **Reel/Frame:** | 177/0451 | **Pages:** | 22 |
| **Date Recorded:** | Jun. 12, 1969 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | ALADDIN INDUSTRIES, INCORPORATED | **Execution Date:** | May 22, 1969 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | ILLINOIS |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | ALADDIN INDUSTRIES, INCORPORATED | **State or Country Where Organized:** | DELAWARE |
| **Legal Entity Type:** | CORPORATION | | |
| **Address:** | , | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | ROBERT H. JACOB |
| **Correspondent Address:** | 773 N. VAN BUREN ST. MILWAUKEE, WI 53202 |

#### Domestic Representative - Not Found

### Assignment 15 of 16

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 126/0351 | **Pages:** | 1 |
| **Date Recorded:** | Jun. 11, 1965 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | LANDERS, FRARY & CLARK | **Execution Date:** | Not Found |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CONNECTICUT |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | ALADDIN INDUSTRIES, INCORPORATED | **State or Country Where Organized:** | ILLINOIS |
| **Legal Entity Type:** | CORPORATION | | |
| **Address:** | NASHVILLE , TENNESSEE | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | ROBERT H. JACOB |
| **Correspondent Address:** | ALADDIN INDUSTRIES, INC. 1485 MERCHANDISE MART CHICAGO, IL 60654 |

#### Domestic Representative - Not Found

### Assignment 16 of 16

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNOR HEREBY RELEASES ITS ENTIRE INTEREST UNDER SAID MARK AND RE-ASSIGNS TO ASSIGNEE RECORDED ON REEL 0489 FRAME 075-114 | | |
| **Reel/Frame:** | 522/0799 | **Pages:** | 2 |
| **Date Recorded:** | Feb. 25, 1986 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | HARRIS TRUST AND SAVINGS BANK | **Execution Date:** | Not Found |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place of Organization Found |

## Assignee

| | |
|---|---|
| **Name:** | ALADDIN INDUSTRIES, INCORPORATED |
| **Legal Entity Type:** | UNKNOWN |
| **State or Country Where Organized:** | No Place of Organization Found |
| **Address:** | , |

## Correspondent

| | |
|---|---|
| **Correspondent Name:** | MCDOUGALL, HERSH, ET AL. |
| **Correspondent Address:** | 135 SOUTH LA SALLE ST. CHICAGO, IL 60603-4391 |

## Domestic Representative - Not Found

# EXHIBIT B

**Generated on:** This page was generated by TSDR on 2025-12-12 13:59:24 EST

**Mark:** STANLEY

# STANLEY

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86197780 | **Application Filing Date:** | Feb. 19, 2014 |
| **US Registration Number:** | 4640026 | **Registration Date:** | Nov. 18, 2014 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:** 

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Mar. 18, 2025

**Publication Date:** Sep. 02, 2014

---

## Mark Information

**Mark Literal Elements:** STANLEY

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

---

## Related Properties Information

**International Registration Number:** 1202123, 1420730

**International Application(s) /Registration(s) Based on this Property:** A0040981/1202123, A0077413/1420730

**Claimed Ownership of US Registrations:** 643096, 3725445, 3955792

---

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Vacuum bottles, mugs and jars for food or beverage; insulated [ and non-insulated ] food jars; flasks; mugs; cups; water bottles sold empty; portable household containers for storing and transporting food or beverages; carrying cases specially adapted for transporting vacuum bottles, mugs and jars, insulated and non-insulated food jars, flasks, mugs, cups, and water bottles sold empty

**International Class(es):** 021 - Primary Class      **U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**First Use:** Mar. 20, 1923      **Use in Commerce:** Mar. 20, 1923

---

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Pacific Market International, LLC |
| **Owner Address:** | 4th Floor |
| | 2401 Elliott Avenue |
| | Seattle, WASHINGTON UNITED STATES 98121-3300 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized** | WASHINGTON |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Robert P. Felber | **Docket Number:** | 814775.27910 |
| **Attorney Primary Email Address:** | robert.felber@hklaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Robert P. Felber |
| | Holland & Knight LLP |
| | 511 Union Street |
| | Suite 2700 |
| | NASHVILLE, TENNESSEE United States 37219 |

| | | | |
|---|---|---|---|
| **Phone:** | 615-850-8741 | **Fax:** | 615-244-6804 |
| **Correspondent e-mail:** | robert.felber@hklaw.com ptdocketing@hklaw.com sarah.wills@hklaw.com courtney.estell@hklaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 18, 2025 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 18, 2025 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Mar. 18, 2025 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 18, 2025 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 07, 2024 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 18, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jun. 18, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jun. 18, 2020 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jun. 17, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Apr. 28, 2020 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 18, 2019 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Mar. 23, 2016 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Nov. 18, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 02, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 02, 2014 | PUBLISHED FOR OPPOSITION | |
| Aug. 13, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 25, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Jul. 24, 2014 | ASSIGNED TO LIE | |
| Jul. 10, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 13, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | |

| | |
|---|---|
| Jun. 13, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jun. 13, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Jun. 02, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Jun. 02, 2014 | NON-FINAL ACTION E-MAILED |
| Jun. 02, 2014 | NON-FINAL ACTION WRITTEN |
| May 27, 2014 | ASSIGNED TO EXAMINER |
| Mar. 04, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 22, 2014 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

| TM Staff Information - None | |
|---|---|
| **File Location** | |
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Mar. 18, 2025 |

# Assignment Abstract Of Title Information

| Summary | |
|---|---|
| Total Assignments: 2 | Registrant: Pacific Market International, LLC |

| Assignment 1 of 2 | |
|---|---|
| Conveyance: RELEASE OF SECURITY INTEREST | |
| Reel/Frame: 7874/0234 | Pages: 6 |
| Date Recorded: Oct. 20, 2022 | |
| Supporting Documents: https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7874/0234 | |

| Assignor | |
|---|---|
| Name: BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT | Execution Date: Aug. 31, 2021 |
| Legal Entity Type: NATIONAL BANKING ASSOCIATION | State or Country Where Organized: UNITED STATES |

| Assignee | |
|---|---|
| Name: PACIFIC MARKET INTERNATIONAL LLC | |
| Legal Entity Type: CORPORATION | State or Country Where Organized: WASHINGTON |
| Address: 2401 ELLIOTT AVENUE, 4TH FLOOR SEATTLE , WASHINGTON 98121 | |

| Correspondent | |
|---|---|
| Correspondent Name: ANDREW S. FRAKER | |
| Correspondent Address: 2 NORTH LASALLE STREET, SUITE 1700 NEAL, GERBER & EISENBERG LLP CHICAGO, IL 60602 | |

| Domestic Representative - Not Found | |
|---|---|

| Assignment 2 of 2 | |
|---|---|
| Conveyance: NOTICE OF GRANT OF SECURITY INTEREST IN TRADEMARKS | |
| Reel/Frame: 5748/0406 | Pages: 8 |
| Date Recorded: Mar. 09, 2016 | |
| Supporting Documents: https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/5748/0406 | |

| Assignor | |
|---|---|
| Name: PACIFIC MARKET INTERNATIONAL, LLC | Execution Date: Mar. 09, 2016 |
| Legal Entity Type: LIMITED LIABILITY COMPANY | State or Country Where Organized: WASHINGTON |

| Assignee | |
|---|---|
| Name: BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT | |

**Legal Entity Type:** NATIONAL BANKING ASSOCIATION

**State or Country Where Organized:** UNITED STATES

**Address:** 136 S. LASALLE STREET
CHICAGO , ILLINOIS 60603

## Correspondent

**Correspondent Name:** MOORE & VAN ALLEN PLLC

**Correspondent Address:** 3015 CARRINGTON MILL BOULEVARD
SUITE 400
MORRISVILLE, NC 27560

## Domestic Representative - Not Found

# EXHIBIT C

Generated on: This page was generated by TSDR on 2025-12-12 14:00:18 EST

Mark: STANLEY SINCE 1913



| | | | |
|---|---|---|---|
| **US Serial Number:** 87795710 | | **Application Filing Date:** | Feb. 13, 2018 |
| **US Registration Number:** 6158569 | | **Registration Date:** | Sep. 22, 2020 |
| **Filed as TEAS RF:** Yes | | **Currently TEAS RF:** | Yes |
| **Register:** Principal | | | |
| **Mark Type:** Trademark | | | |

**TM5 Common Status Descriptor:** 

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 22, 2020

**Publication Date:** Jul. 17, 2018 **Notice of Allowance Date:** Sep. 11, 2018

## Mark Information

**Mark Literal Elements:** STANLEY SINCE 1913

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the image of a bear with wings wearing a crown. Under the image of the bear appears the term "STANLEY". Directly under the term "STANLEY" appears the terms "SINCE 1913".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "SINCE 1913"

**Design Search Code(s):** 03.01.14 - Bears other than pandas or teddy bears; Black bears; Grizzly bears; Koala bears; Koalas; Polar bears
03.01.23 - Stylized bears, excluding panda bears
03.01.26 - Costumed bears and those with human attributes
03.17.01 - Bird wings shown alone or as part of something other than associated animal; Wings of birds shown alone or as part of something other than associated animal Cross-code with 24.03.25 if part of insignia.; Wings of birds, shown alone or as part of something other than associated animal
04.05.25 - Other mythological or legendary animals
24.11.02 - Crowns open at the top

## Related Properties Information

**International Registration Number:** 1428919, 1430883

**International Application(s) /Registration(s) Based on this Property:** A0078261/1428919, A0078559/1430883

**Claimed Ownership of US Registrations:** 643096, 3955792, 4640026

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

|  |  |
|---|---|
| **For:** | insulated containers for food or beverages; cups and mugs; vacuum bottles; vacuum cups; vacuum mugs; non-electric portable coolers; jugs; growlers; flasks; food preserving jars of stainless steel; drinking steins; tumblers for use as drinking glasses; non-electric French presses; coffee pots not of precious metal; canteens; cookware, namely, pots and pans |

| | | | |
|---|---|---|---|
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Nov. 01, 2018 | **Use in Commerce:** | Nov. 01, 2018 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Pacific Market International, LLC |
| **Owner Address:** | 2401 Elliott Avenue<br>4th Floor<br>Seattle, WASHINGTON UNITED STATES 98121-3300 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized** | WASHINGTON |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Robert Felber, Jr. | **Docket Number:** | 814775.00291 |
| **Attorney Primary Email Address:** | robert.felber@hklaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Robert Felber, Jr.<br>Holland & Knight, LLP<br>511 UNION STREET<br>SUITE 2700<br>NASHVILLE, TENNESSEE United States 37219 | | |
| **Phone:** | 615-850-8741 | **Fax:** | 615-244-6804 |
| **Correspondent e-mail:** | robert.felber@hklaw.com pt-docketing@hklaw.com sarah.wills@hklaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 09, 2025 | TEAS SECTION 8 RECEIVED | |
| Sep. 22, 2025 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Feb. 17, 2021 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Sep. 22, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 18, 2020 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Aug. 17, 2020 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 06, 2020 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jul. 27, 2020 | USE AMENDMENT FILED | |

| | |
|---|---|
| Aug. 06, 2020 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
| Jul. 27, 2020 | TEAS STATEMENT OF USE RECEIVED |
| Mar. 11, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Mar. 09, 2020 | SOU EXTENSION 3 GRANTED |
| Mar. 09, 2020 | SOU EXTENSION 3 FILED |
| Mar. 09, 2020 | SOU TEAS EXTENSION RECEIVED |
| Aug. 29, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Aug. 27, 2019 | SOU EXTENSION 2 GRANTED |
| Aug. 27, 2019 | SOU EXTENSION 2 FILED |
| Aug. 27, 2019 | SOU TEAS EXTENSION RECEIVED |
| Feb. 20, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Feb. 18, 2019 | SOU EXTENSION 1 GRANTED |
| Feb. 18, 2019 | SOU EXTENSION 1 FILED |
| Feb. 18, 2019 | SOU TEAS EXTENSION RECEIVED |
| Sep. 11, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Jul. 17, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Jul. 17, 2018 | PUBLISHED FOR OPPOSITION |
| Jun. 27, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Jun. 14, 2018 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Jun. 13, 2018 | ASSIGNED TO LIE |
| May 30, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 30, 2018 | EXAMINER'S AMENDMENT ENTERED |
| May 30, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| May 30, 2018 | EXAMINERS AMENDMENT E-MAILED |
| May 30, 2018 | EXAMINERS AMENDMENT -WRITTEN |
| May 29, 2018 | ASSIGNED TO EXAMINER |
| Feb. 22, 2018 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Feb. 21, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 16, 2018 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Aug. 17, 2020 |

# Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| **Total Assignments:** 2 | **Registrant:** Pacific Market International, LLC |

## Assignment 1 of 2

| | | | |
|---|---|---|---|
| Conveyance: | RELEASE OF SECURITY INTEREST | | |
| Reel/Frame: | 7873/0861 | Pages: | 5 |
| Date Recorded: | Oct. 20, 2022 | | |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7873/0861 | | |

| | | | |
|---|---|---|---|
| **Assignor** | | | |
| Name: | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT | Execution Date: | Aug. 31, 2021 |
| Legal Entity Type: | NATIONAL BANKING ASSOCIATION | State or Country Where Organized: | UNITED STATES |
| **Assignee** | | | |
| Name: | PACIFIC MARKET INTERNATIONAL LLC | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | WASHINGTON |

| | |
|---|---|
| **Address:** | 2401 ELLIOTT AVENUE, 4TH FLOOR<br>SEATTLE , WASHINGTON 98121 |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | ANDREW S. FRAKER |
| **Correspondent Address:** | 2 N LASALLE ST. SUITE 1700<br>NEAL, GERBER & EISENBERG LLP<br>CHICAGO, IL 60602 |

### Domestic Representative - Not Found

### Assignment 2 of 2

| | | | |
|---|---|---|---|
| **Conveyance:** | NOTICE OF GRANT OF SECURITY INTEREST IN TRADEMARKS | | |
| **Reel/Frame:** | 7190/0380 | **Pages:** | 6 |
| **Date Recorded:** | Feb. 11, 2021 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7190/0380 | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | PACIFIC MARKET INTERNATIONAL, LLC | **Execution Date:** | Mar. 09, 2016 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | WASHINGTON |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | UNITED STATES |
| **Address:** | 135 S LASALLE STREET<br>CHICAGO , ILLINOIS 60603 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | MOORE & VAN ALLEN PLLC |
| **Correspondent Address:** | 100 NORTH TRYON STREET<br>SUITE 4700, ATTN: IP DEPARTMENT<br>CHARLOTTE, NC 28202 |

### Domestic Representative - Not Found

# Proceedings

### Summary

| | |
|---|---|
| **Number of Proceedings:** | 2 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91294595 | **Filing Date:** | Oct 16, 2024 |
| **Status:** | Terminated | **Status Date:** | Jan 16, 2025 |
| **Interlocutory Attorney:** | ANN LINNEHAN VOGLER | | |

### Defendant

| | |
|---|---|
| **Name:** | Genjun Qiu |
| **Correspondent Address:** | MICHAEL BARTHOLOMEW<br>50 WEST BROADWAY, 10TH FLOOR<br>SALT LAKE CITY UT UNITED STATES , 84101 |
| **Correspondent e-mail:** | mbartholomew@kba.law , ejutadk068068@outlook.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| XLUCKYLION | | 98298939 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Pacific Market International, LLC |

| | |
|---|---|
| **Correspondent Address:** | COLLEEN GANIN<br>PERKINS COIE LLP<br>P.O. BOX 2608<br>SEATTLE WA UNITED STATES , 98111 |
| **Correspondent e-mail:** | CGanin@perkinscoie.com , pctrademarks@perkinscoie.com , GStanton@perkinscoie.com , MPark@perkinscoie.com , CMacGregor@perkinscoie.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 87795699 | 5846339 |
| SINCE 1913 | | 87795589 | 6217068 |
| STANLEY SINCE 1913 | | 87795710 | 6158569 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 6 | TERMINATED | Jan 16, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Jan 16, 2025 | |
| 4 | NOTICE OF DEFAULT | Dec 06, 2024 | |
| 3 | INSTITUTED | Oct 16, 2024 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 16, 2024 | Nov 25, 2024 |
| 1 | FILED AND FEE | Oct 16, 2024 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91294596 | **Filing Date:** | Oct 16, 2024 |
| **Status:** | Terminated | **Status Date:** | Jan 16, 2025 |
| **Interlocutory Attorney:** | TASHIA A BUNCH | | |

### Defendant

| | |
|---|---|
| **Name:** | Chengdu Xinhaiya Technology Co., Ltd. |
| **Correspondent Address:** | JOSEPH GLOVER<br>SUNRISE LAW, P.C.<br>P.O. BOX 13505<br>LOS ANGELES CA UNITED STATES , 90013 |
| **Correspondent e-mail:** | trademark@sunriselaws.com , xinhaiyakeji@163.com , chen412142129@163.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MUGFRESH | | 98315345 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Pacific Market International, LLC |
| **Correspondent Address:** | COLLEEN GANIN<br>PERKINS COIE LLP<br>P.O. BOX 2608<br>SEATTLE WA UNITED STATES , 98111 |
| **Correspondent e-mail:** | CGanin@perkinscoie.com , pctrademarks@perkinscoie.com , GStanton@perkinscoie.com , MPark@perkinscoie.com , CMacGregor@perkinscoie.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 87795699 | 5846339 |
| SINCE 1913 | | 87795589 | 6217068 |
| STANLEY SINCE 1913 | | 87795710 | 6158569 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 6 | TERMINATED | Jan 16, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Jan 16, 2025 | |
| 4 | NOTICE OF DEFAULT | Dec 06, 2024 | |

| 3 | INSTITUTED | Oct 16, 2024 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 16, 2024 | Nov 25, 2024 |
| 1 | FILED AND FEE | Oct 16, 2024 | |

# EXHIBIT D

**Generated on:** This page was generated by TSDR on 2025-12-12 14:01:07 EST

**Mark:**



| | | | |
|---|---|---|---|
| **US Serial Number:** | 87795699 | **Application Filing Date:** | Feb. 13, 2018 |
| **US Registration Number:** | 5846339 | **Registration Date:** | Aug. 27, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Feb. 24, 2025

**Publication Date:** Jul. 03, 2018 **Notice of Allowance Date:** Aug. 28, 2018

---

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the image of a bear with wings wearing a crown.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 03.01.14 - Bears other than pandas or teddy bears; Black bears; Grizzly bears; Koala bears; Koalas; Polar bears
03.01.23 - Stylized bears, excluding panda bears
03.01.26 - Costumed bears and those with human attributes
03.17.01 - Bird wings shown alone or as part of something other than associated animal; Wings of birds shown alone or as part of something other than associated animal Cross-code with 24.03.25 if part of insignia.; Wings of birds, shown alone or as part of something other than associated animal
04.05.25 - Other mythological or legendary animals
24.11.02 - Crowns open at the top

---

# Related Properties Information

**International Registration Number:** 1427445, 1430691

**International Application(s) /Registration(s) Based on this Property:** A0078260/1427445, A0078562/1430691

---

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | insulated containers for food or beverages; cups and mugs; vacuum bottles; vacuum cups; vacuum mugs; vacuum bowls; non-electric portable coolers; jugs; growlers; flasks; food preserving jars of stainless steel; drinking steins; tumblers for use as drinking glasses; non-electric French presses; coffee pots not of precious metal; cookware, namely, pots and pans |

| | | | |
|---|---|---|---|
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Nov. 01, 2018 | **Use in Commerce:** | Nov. 01, 2018 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Pacific Market International, LLC |
| **Owner Address:** | 4th Floor<br>2401 Elliott Avenue<br>Seattle, WASHINGTON UNITED STATES 98121-3300 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | WASHINGTON |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Robert Felber, Jr. | **Docket Number:** | 814775.0022 |
| **Attorney Primary Email Address:** | robert.felber@hklaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Robert Felber, Jr.<br>Holland & Knight LLP<br>511 UNION STREET<br>SUITE 2700<br>NASHVILLE, TENNESSEE United States 37219 |
| **Phone:** | 615-850-8741 |
| **Fax:** | 615-244-6804 |
| **Correspondent e-mail:** | robert.felber@hklaw.com ptdocketing@hklaw.com sarah.wills@hklaw.com courtney.estell@hklaw.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 24, 2025 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Feb. 24, 2025 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Feb. 24, 2025 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Oct. 18, 2024 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 27, 2024 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Feb. 17, 2021 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Aug. 27, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 24, 2019 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |

| | |
|---|---|
| Jul. 23, 2019 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED |
| Jul. 19, 2019 | STATEMENT OF USE PROCESSING COMPLETE |
| Jun. 27, 2019 | USE AMENDMENT FILED |
| Jul. 19, 2019 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
| Jun. 27, 2019 | TEAS STATEMENT OF USE RECEIVED |
| Feb. 20, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Feb. 18, 2019 | SOU EXTENSION 1 GRANTED |
| Feb. 18, 2019 | SOU EXTENSION 1 FILED |
| Feb. 18, 2019 | SOU TEAS EXTENSION RECEIVED |
| Aug. 30, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Jul. 03, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Jul. 03, 2018 | PUBLISHED FOR OPPOSITION |
| Jun. 13, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| May 30, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 29, 2018 | ASSIGNED TO EXAMINER |
| Feb. 22, 2018 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Feb. 21, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 16, 2018 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

| TM Staff Information - None | |
|---|---|
| **File Location** | |
| Current Location: Historical data usage | Date in Location: Feb. 24, 2025 |

# Assignment Abstract Of Title Information

| Summary | |
|---|---|
| Total Assignments: 2 | Registrant: Pacific Market International, LLC |

## Assignment 1 of 2

| | | | |
|---|---|---|---|
| Conveyance: | RELEASE OF SECURITY INTEREST | | |
| Reel/Frame: | 7873/0861 | Pages: | 5 |
| Date Recorded: | Oct. 20, 2022 | | |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7873/0861 | | |

| Assignor | | |
|---|---|---|
| Name: | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT | Execution Date: Aug. 31, 2021 |
| Legal Entity Type: | NATIONAL BANKING ASSOCIATION | State or Country Where Organized: UNITED STATES |

| Assignee | | |
|---|---|---|
| Name: | PACIFIC MARKET INTERNATIONAL LLC | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: WASHINGTON |
| Address: | 2401 ELLIOTT AVENUE, 4TH FLOOR SEATTLE , WASHINGTON 98121 | |

| Correspondent | |
|---|---|
| Correspondent Name: | ANDREW S. FRAKER |
| Correspondent Address: | 2 N LASALLE ST. SUITE 1700 NEAL, GERBER & EISENBERG LLP CHICAGO, IL 60602 |

| Domestic Representative - Not Found |
|---|

## Assignment 2 of 2

| | |
|---|---|
| Conveyance: | NOTICE OF GRANT OF SECURITY INTEREST IN TRADEMARKS |

| | |
|---|---|
| **Reel/Frame:** | 7190/0380 |
| **Date Recorded:** | Feb. 11, 2021 |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7190/0380 |

| | | | |
|---|---|---|---|
| | | **Pages:** | 6 |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | PACIFIC MARKET INTERNATIONAL, LLC | **Execution Date:** | Mar. 09, 2016 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | WASHINGTON |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | UNITED STATES |
| **Address:** | 135 S LASALLE STREET CHICAGO , ILLINOIS 60603 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | MOORE & VAN ALLEN PLLC |
| **Correspondent Address:** | 100 NORTH TRYON STREET SUITE 4700, ATTN: IP DEPARTMENT CHARLOTTE, NC 28202 |

### Domestic Representative - Not Found

# Proceedings

### Summary

| | |
|---|---|
| **Number of Proceedings:** | 2 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91294595 | **Filing Date:** | Oct 16, 2024 |
| **Status:** | Terminated | **Status Date:** | Jan 16, 2025 |
| **Interlocutory Attorney:** | ANN LINNEHAN VOGLER | | |

### Defendant

| | |
|---|---|
| **Name:** | Genjun Qiu |
| **Correspondent Address:** | MICHAEL BARTHOLOMEW 50 WEST BROADWAY, 10TH FLOOR SALT LAKE CITY UT UNITED STATES , 84101 |
| **Correspondent e-mail:** | mbartholomew@kba.law , ejutadk068068@outlook.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| XLUCKYLION | | 98298939 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Pacific Market International, LLC |
| **Correspondent Address:** | COLLEEN GANIN PERKINS COIE LLP P.O. BOX 2608 SEATTLE WA UNITED STATES , 98111 |
| **Correspondent e-mail:** | CGanin@perkinscoie.com , pctrademarks@perkinscoie.com , GStanton@perkinscoie.com , MPark@perkinscoie.com , CMacGregor@perkinscoie.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 87795699 | 5846339 |
| SINCE 1913 | | 87795589 | 6217068 |
| STANLEY SINCE 1913 | | 87795710 | 6158569 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Jan 16, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Jan 16, 2025 | |
| 4 | NOTICE OF DEFAULT | Dec 06, 2024 | |
| 3 | INSTITUTED | Oct 16, 2024 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 16, 2024 | Nov 25, 2024 |
| 1 | FILED AND FEE | Oct 16, 2024 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91294596 | **Filing Date:** | Oct 16, 2024 |
| **Status:** | Terminated | **Status Date:** | Jan 16, 2025 |
| **Interlocutory Attorney:** | TASHIA A BUNCH | | |

### Defendant

| | |
|---|---|
| **Name:** | Chengdu Xinhaiya Technology Co., Ltd. |
| **Correspondent Address:** | JOSEPH GLOVER<br>SUNRISE LAW, P.C.<br>P.O. BOX 13505<br>LOS ANGELES CA UNITED STATES , 90013 |
| **Correspondent e-mail:** | trademark@sunriselaws.com , xinhaiyakeji@163.com , chen412142129@163.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MUGFRESH | | 98315345 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Pacific Market International, LLC |
| **Correspondent Address:** | COLLEEN GANIN<br>PERKINS COIE LLP<br>P.O. BOX 2608<br>SEATTLE WA UNITED STATES , 98111 |
| **Correspondent e-mail:** | CGanin@perkinscoie.com , pctrademarks@perkinscoie.com , GStanton@perkinscoie.com , MPark@perkinscoie.com , CMacGregor@perkinscoie.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 87795699 | 5846339 |
| SINCE 1913 | | 87795589 | 6217068 |
| STANLEY SINCE 1913 | | 87795710 | 6158569 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Jan 16, 2025 | |
| 5 | BD DECISION: OPP SUSTAINED | Jan 16, 2025 | |
| 4 | NOTICE OF DEFAULT | Dec 06, 2024 | |
| 3 | INSTITUTED | Oct 16, 2024 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 16, 2024 | Nov 25, 2024 |
| 1 | FILED AND FEE | Oct 16, 2024 | |

# EXHIBIT E

**Generated on:** This page was generated by TSDR on 2025-12-12 14:01:54 EST

**Mark:** QUENCHER

# QUENCHER

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97836345 | **Application Filing Date:** | Mar. 13, 2023 |
| **US Registration Number:** | 7405350 | **Registration Date:** | Jun. 04, 2024 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jun. 04, 2024

**Publication Date:** Mar. 19, 2024

## Mark Information

**Mark Literal Elements:** QUENCHER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** insulated stainless steel water bottles sold empty

| | | | |
|---|---|---|---|
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Sep. 01, 2016 | **Use in Commerce:** | Sep. 01, 2016 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Pacific Market International, LLC

**Owner Address:** 4th Floor
2401 Elliot Avenue

Seattle, WASHINGTON UNITED STATES 981213300

**Legal Entity Type:** LIMITED LIABILITY COMPANY    **State or Country Where Organized:** WASHINGTON

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Robert P. Felber, Jr.    **Docket Number:** 814775.27910

**Attorney Primary Email Address:** robert.felber@hklaw.com    **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Robert P. Felber, Jr.
HOLLAND & KNIGHT LLP
511 UNION STREET
SUITE 2700
NASHVILLE, TENNESSEE United States 37219

**Phone:** 615-850-8741    **Fax:** 615-244-6804

**Correspondent e-mail:** robert.felber@hklaw.com sarah.wills@hklaw.com courtney.estell@hklaw.com    **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 04, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jun. 04, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 19, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 19, 2024 | PUBLISHED FOR OPPOSITION | |
| Feb. 28, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 28, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 12, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 17, 2023 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Aug. 17, 2023 | LETTER OF SUSPENSION E-MAILED | |
| Aug. 17, 2023 | SUSPENSION LETTER WRITTEN | |
| Aug. 03, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Aug. 03, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 03, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 14, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jun. 14, 2023 | NON-FINAL ACTION E-MAILED | |
| Jun. 14, 2023 | NON-FINAL ACTION WRITTEN | |
| Jun. 13, 2023 | ASSIGNED TO EXAMINER | |
| Apr. 03, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 16, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** FILE REPOSITORY (FRANCONIA)    **Date in Location:** Jun. 04, 2024

# EXHIBIT F

