Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC MARKET INTERNATIONAL, LLC, a Washington limited liability company; and PMI WW BRANDS, LLC, a foreign limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE CALUGAS and ADA CALUGAS,<br><br>Defendants. | CASE NO. 2-25-cv-02557-JNW<br><br>PLAINTIFFS' MOTION FOR ORDER OF DEFAULT AGAINST DEFENDANTS |

## I. RELIEF REQUESTED

Pursuant to Fed. R. Civ. P. 55(a), LCR 7(d)(1), and LCR 55, Plaintiffs Pacific Market International, LLC, and PMI WW Brands, LLC (collectively "Plaintiffs") respectfully request that the Court enter an Order of Default against Jorge Calugas and Ada Calugas, as neither have pled or otherwise defended against this lawsuit within 21 days of service of the Summons and Amended Complaint upon them.

## II. STATEMENT OF FACTS

Plaintiffs filed their Amended Complaint for trademark infringement, counterfeiting, and other claims on December 19, 2025. Dkt. #3. True copies of the Summonses and Amended Complaint were served upon the Defendants at their home address on December 29, 2025. Dkt.

PLAINTIFFS' MOTION FOR DEFAULT AGAINST DEFENDANTS - 1
(2-25-cv-02557)

4901-7754-9195.3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

#10; Dkt. #11. *See also* Declaration of Thomas Ped in Support of Plaintiffs' Motion for Default (the "Ped Decl."), **Exh. A**, **Exh. B**.

Defendants had 21 days, *i.e.*, until January 19, 2026, to serve an answer to the Amended Complaint or a motion under Fed. R. Civ. P. 12. Although neither of the Defendants have appeared in this action, Plaintiffs nevertheless provided both Defendants with 14 days' notice of Plaintiffs' intention to move for default. The notice was mailed via certified mail on Wednesday, February 18, 2026. Ped Decl., **Exh. C**. As of the date of this Motion, neither Defendant has pled or otherwise appeared in this action. Neither Defendant is on active duty in any of the armed forces, and neither Defendant is represented by counsel. Ped Decl., ¶8-9, **Exh. D**, **Exh. E**. Neither Defendant is an infant or incompetent person. Ped Decl., ¶ 7.

### III. STATEMENT OF ISSUES

1. Should an order of default be entered against Defendants when they have failed to answer or otherwise respond to the Amended Complaint within 21 days of being duly served?

### IV. EVIDENCE RELIED UPON

This motion is based upon the records and pleadings on file with the Court as well as the Declaration of Thomas Ped in Support of Plaintiffs' Motion for Default.

### V. ARGUMENT

Fed. R. Civ. P. 12(a)(1)(A)(i) provides that the time for serving a responsive pleading is within 21 days after service with the summons and complaint.

Federal Rule of Civil Procedure 55(a) provides in full:

> (a) ENTERING A DEFAULT. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

Local Civil Rule 55(a) provides in full:

> Upon motion by a party noted in accordance with LCR 7(d)(1) and supported by affidavit or otherwise, the clerk shall enter the default of any party against whom a judgment for affirmative relief is sought but who has failed to plead or otherwise defend. The affidavit shall specifically show that the defaulting party was served in a manner authorized by Fed. R. Civ. P. 4. A motion for entry of default need not be

PLAINTIFFS' MOTION FOR DEFAULT AGAINST DEFENDANTS - 2
(2-25-cv-02557)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4901-7754-9195.3

served on the defaulting party. However, in the case of a defaulting party who has entered an appearance, the moving party must give the defaulting party written notice of the requesting party's intention to move for the entry of default at least fourteen days prior to filing its motion and must provide evidence that such notice has been given in the motion for entry of default.

Both Defendants failed to plead or otherwise defend against this Lawsuit within 21 days, despite being properly served in a manner authorized by Fed. R. Civ. P. 4, nor has either of the Defendants entered an appearance.

Because neither Defendant has appeared in this suit, Plaintiffs were not required to provide any advance notice before filing this motion for default. LCR 55(a). However, on February 18, 2026, out of an abundance of caution and in the interest of giving Defendants a further opportunity to defend themselves, Plaintiffs provided Defendants with 14 days' notice of Plaintiffs' intent to move for default. Still, 67 days following personal service of the Amended Complaint, neither Defendant has filed an answer or otherwise appeared before this Court. Accordingly, an Order of Default should be entered.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PLAINTIFFS' MOTION FOR DEFAULT AGAINST DEFENDANTS - 3
(2-25-cv-02557)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4901-7754-9195.3

## VI. CONCLUSION

Because neither Defendant has pled or otherwise defended in this case and the Amended Complaint was validly served on them far more than 21 days ago, and because Plaintiffs provided advance notice of their intent to move for default even when such was not required by the local rules or the Rules of Civil Procedure, Plaintiffs respectfully request the Court enter an Order of Default against each of the Defendants.

DATED this 6th day of March, 2026.

*s/Thomas A. Ped*
Thomas A. Ped, WSBA #40232
Alexander A. Jurisch, WSBA #53552
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: tped@williamskastner.com
Email: ajurisch@williamskastner.com

*s/Jennifer M. Barbour*
Jennifer M. Barbour (Admitted Pro Hac Vice)
**GRAY ICE HIGDON, PLLC**
3939 Shelbyville Road, Suite 201
Louisville, Kentucky 40207
Telephone: (502) 677-4729
Email: jbarbour@grayice.com

***Attorneys for Plaintiffs***

PLAINTIFFS' MOTION FOR DEFAULT AGAINST DEFENDANTS - 4
(2-25-cv-02557)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4901-7754-9195.3

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on the below date we caused to be served upon certain counsel of record at the address and in the manner indicated below a copy of the foregoing:

| | |
|---|---|
| Jorge Calugas<br>Ada Calugas<br>1182 N. 198th Street<br>Shoreline, WA 98133<br><br>***Defendants*** | ☐ Via ECF Filing<br>☐ Via Legal Messenger<br>☐ Via Facsimile<br>☒ Via United States Mail<br>☐ Via Email<br>☐ Via Overnight Courier |

DATED this 6th day of March, 2026.

*s/ Thomas A. Ped*
Thomas A. Ped, WSBA #40232
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: ajurisch@williamskastner.com

CERTIFICATE OF SERVICE - 1
(2-25-cv-02557)

4901-7754-9195.3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600